STATE OF MAINE                                    SUPERIOR COURT
                                                   CIVIL ACTION
YORK, ss.                                          DOCKET NO.   RE-14-47


ELAINE P. BRACKETT, et al.,

        Plaintiffs


        v.                                         ORDER


NICHOLAS THORNE, et al.,

        Defendants


At issue in this case is whether or not a valid settlement agreement has been reached between the parties which should be enforced, or whether the matter should remain on the trial list.   The Court has had an opportunity to carefully review all of the materials submitted and concludes as follows.

The Court concludes that *White v. Fleet Bank of Maine*, 875 A.2d 680 (Me. 2005) is instructive with respect to how to resolve this particular issue.   In *White* the parties engaged in mediation and reached what was purported to be a settlement of the claim. Upon the drafting process the parties grew increasingly antagonistic and ultimately were unable to finalize the documents.   The Law Court reflected upon the idea that the existence of any such settlement agreement resolving the case presents issues of fact, which requires evidence.

Accordingly, this Court orders that this matter be set for a two hour evidentiary hearing on the issue of whether or not a settlement agreement was reached, and what the parties intent was with respect to any disputed elements of that settlement agreement, including whether or not those provisions in dispute were stand alone

provisions, or whether or not they materially affected whether the entire case had settled.

Ten days prior to that hearing any party wishing to enforce the settlement agreement shall submit electronically to the Clerk an e-mail version of a proposed judgment, which includes the language requested in the proposed judgment as well as the statutory language required by 14 M.R.S. §2401.

Dated: June 29, 2015

_____
John H. O'Neil, Jr.
Justice, Superior Court

2

RE-14-47

ATTORNEY FOR PLAINTIFF/S:
ROBERT HARK, ESQ.
LAW OFFICES OF ROBERT HARK
75 PEARL STREET
SUITE 209
PORTLAND, ME 04101

JENNIFER THOMAS, ESQ.
BEAGLE STEEVES & RIDGE LLC
24 NORTHEAST ROAD
PO BOX 1815
STANDISH, ME 04084

ATTORNEY FOR DEFENDANT/S:
NICHOLAS THORNE
JENS-PETER BERGEN, ESQ.
LAW OFFICE OF JENS-PETER BERGEN
79 PORTLAND ROAD
KENNEBUNK, ME 04043

KENNETH PIERCE, ESQ.
MONAGHAN LEAHY LLP
95 EXCHANGE STREET
PO BOX 7046
PORTLAND, ME 04112-7046

ATTORNEY FOR PII/S:
PAUL DRISCOLL, ESQ.
DAVID GOLDMAN, ESQ.
NORMAN HANSON & DETROY, LLC
TWO CANAL PLAZA
PO BOX 4600
PORTLAND, ME 04112-4600

SEAN GALVIN, ESQ.
FAIRPOINT COMMUNICATIONS LEGAL DEPARTMENT
1 DAVIS FARM ROAD
PORTLAND, ME 04103

PRO SE PII:
FRANKLIN AMERICA MORTGAGE (DEFAULTED)
CENTRAL MAINE POWER COMPANY (DEFAULTED)